IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20110

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

DIORI BARNARD,
        Defendant.
_____/

## NOTICE STRIKING DOCKET ENTRY NO. 81

COMES NOW the Defendant, Diori Barnard, by and through undersigned counsel, and hereby files this Notice Striking Docket Entry No. 81, and as grounds therefore would state the following:

1. Undersigned counsel represents the Defendant in a separate matter under United States District Court, Southern District of Florida, Case No. 24-cr-20287.

2. On November 21, 2024, undersigned counsel prepared a Motion for Continuance intended for Case No. 24-cr-20287. Said Motion is referenced on the docket as DE 81.

3. That Motion was inadvertently filed same in this case, where the Defendant is not represented by undersigned counsel.

WHEREFORE, Defendant, Diori Barnard, respectfully requests this honorable Court enter an order striking docket entry no. 81.

                                    */s/ Juan E. Mourin, Esq.*

                                    Juan E. Mourin, Esq.
                                    Fla Bar No 103438
                                    The Law Offices of Grey & Mourin
                                    1400 NW 10th Ave., Suite RG6
                                    Miami, FL 33135
                                    Phone: (305) 325-8119
                                    Fax: (305) 325-0569
                                    E-mail:
                                    eservice@greyandmourin.com
                                    juan@greyandmourin.com

CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2024, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to Assistant United State Attorney.

      */s/ Juan E. Mourin, Esq.*

Juan E. Mourin, Esq.
Fla Bar No 103438
The Law Offices of Grey & Mourin
1400 NW 10th Ave., Suite RG6
Miami, FL 33135
Phone: (305) 325-8119
Fax: (305) 325-0569
E-mail:
eservice@greyandmourin.com
juan@greyandmourin.com