TRULINCS 25049511 - GREEN, VERNON ARLO - Unit: MIM-D-W

---

FROM: 25049511
TO:
SUBJECT:
DATE: 06/21/2026 03:33:03 PM

FILED BY MCO D.C.
JUN 25 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

-

Vernon A. Green
Fed Reg No:25049-511
FDC Miami/PO Box 019120
Miami, FL 33101

June 20.2026

Clerk of court
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

RE: US VS GREEN
Case No.: 24-20110-CR-GAYLES/GOODMAN(S)

Honorable clerk:

I would like to withdraw my plea, as well as file a motion to dismiss the 924(c) charged in count 16 of the superseding indictment. My guilty plea was not knowing or intelligent because the 924c count I pled to does not have a valid predictate. Since signing my plea last year, there have been numerous cases across the U.S. holding that "Stalking" is not a crime of violence, because it categorically fails to qualify. Had I known that, I would have never signed said plea.

I asked counsel to file both motions on numerous occasions, to no avail.

I would like to withdraw my plea as soon as possible, and I would like assistance from a lawyer in drafting a motion to dismiss count 16. I am a layman to the law, and in need of help with the matter. If not, appointed counsel for this purpose, than i will file it pro'se if need be. Thanking you in advance for any assistance in this matter.

/s/ Vernon Green
Vernon A. Green
Pro Se

Vernon A. Green #25049-511
FDC Miami
P.O. Box 019120
Miami, FL 33101

MIAMI FL 330
22 JUN 2026 PM 1 L

Freedom 250
UNITED STATES OF AMERICA
FOREVER/USA

Clerk of Court
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

33128-180199

REC'D BY ______ D.C.
JUN 25 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI